IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Time : 5 minutes

**MINUTES OF PROCEEDINGS**

DATE: June 14, 2007

**U.S. MAGISTRATE JUDGE BRUCE J. McGIVERIN**

AUSA: Timothy R. Henwood

UNITED STATES OF AMERICA

Plaintiff

v

Return of Indictment by the Grand Jury

Criminal No.   **07-240 (DRD)**

4 SEALED DEFENDANTS

Defendant(s)

Indictment filed in open court.

Arraignment set for _____

Arraignment to be set UPON ARREST _____**X**_____

Before United States Magistrate Judge   **ON DUTY**

Case assigned to U. S. District Judge   **DANIEL R. DOMINGUEZ**

**NEW CASE:**

(         ) Defendant(s) _____ Has/have appeared before U. S. in Case No. _____ .

These cases having been merged , case_____ is hereby **CLOSED** .

(         ) Defendant(s) _____ to remain on same bond.

(   X   ) Defendant(s) _____ is/are under custody . Marshal to produce defendant(s) .

_____**X**_____ warrant(s) of arrest/summons to be issued. Bond to be set upon arrest .

(         ) Defendant(s) _____ Clerk to notify : (         ) Defendant   (         ) Sureties .

s/ Jyoti Mehta-López
Courtroom Deputy Clerk