IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MYRNA DIAZ CRUZ, <br><br> Defendant. | Criminal No. 07-240(DRD) |

## *FINAL ORDER OF FORFEITURE*

WHEREAS, on April 27, 2009, a Plea Agreement was entered into by Defendant, Myrna Diaz Cruz, and the United States of America, which Plea Agreement provided, inter alia, that the Defendant Myrna Diaz Cruz, would enter a plea of guilty as to Count Two of the Indictment, and agreed to forfeiture in the sum of $100,000 as charged in Count Seven.

WHEREAS, by virtue of said Plea Agreement and the subsequent plea of guilty by the Defendant, Myrna Diaz Cruz, before the Court on April 27, 2009, the United States is now entitled to an Order of Forfeiture which would consist of a personal money judgment against the Defendant in the amount of $100,000.

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that forfeiture consists of a money judgment."

NOW THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the Defendant, Myrna Diaz Cruz, shall forfeit to the United States the sum of $100,000 pursuant to the statutes and procedures cited in the Indictment, and that a money judgment for said amount of $100,000 is hereby entered against the Defendant. The Defendant shall establish a payment plan with both the

Department of Homeland Security (Immigration and Customs Enforcement) and the Department of Treasury (Internal Revenue Service), each of which will receive one/half or $50,000 of the money judgment from the Defendant.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this ORDER; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the Defendant at this time, and shall be made part of the sentence and included in the judgment; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having value not to exceed $100,000 to satisfy the money judgment in whole or in part.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of August, 2009.

**S/DANIEL R. DOMINGUEZ**
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE