IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] Melvin Guzman Perez,<br>[4] Myrna Diaz Cruz<br>Defendants. | Crim. No. 07-240(DRD) |

## UNITED STATES' MOTION TO VACATE JUDGMENT

**TO THE HONORABLE COURT:**

**COMES NOW** the United States of America, by and through the undersigned attorneys, and very respectfully states and prays:

In the interest of justice, and pursuant to Fed. R. Crim. P. 34, the United States hereby moves to arrest and vacate the Judgments entered by the Honorable Court on August 27, 2009, against Melvin Guzman Perez, and October 1, 2010, against Myrna Diaz Cruz.

The Government would move for the dismissal of the indictment against these defendants without prejudice at this time, pursuant to Fed. R. Crim. P. 48.

**WHEREFORE**, the United States respectfully prays the Court take notice of the above-stated, and rule accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of May, 2010.

Jose A. Ruiz Santiago
Assistant United States Attorney
Chief of the Criminal Division

Timothy R. Henwood
Assistant United States Attorney